entered October 17, 1910, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for an alleged breach of contract.

*William Rubin* and *Jacob Klein* for appellants.

*Henry J. Cookinham* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, HISCOCK and COLLIN, JJ.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* DOMENICO DI PASQUALE, Appellant.

(Argued January 22, 1912; decided February 2, 1912.)

APPEAL from a judgment of the Supreme Court, rendered March 17, 1911, at a Trial Term for the county of Monroe, upon a verdict convicting the defendant of murder in the first degree.

*Joseph R. Webster* and *J. Russell Borzilleri* for appellant.

*John W. Barrett, District Attorney* and *J. Donald Shoecraft* for respondent.

Judgment of conviction affirmed; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.